1
2
3
4        IN THE UNITED STATES DISTRICT COURT
5       FOR THE NORTHERN DISTRICT OF CALIFORNIA
6              SAN FRANCISCO DIVISION
7

| UNITED STATES OF AMERICA, | No. CR 14-00462-VC-1 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS HEARING |
| v. | |
| DWAYNE McNAIR, | |
| Defendant. | |

The above-entitled matter is currently scheduled for a status hearing on Monday, December 15, 2014 at 2:00 p.m.

Counsel for both the defense and the government jointly request that the matter be continued until Monday, January 12, 2015 at 2:00 p.m., to permit the joint review of additional evidence and permit for the effective preparation of defense counsel.

Therefore, for good cause shown the hearing currently scheduled on Monday December 15, 2014 shall be vacated. The matter shall be continued until January 12, 2015 at 2:00 p.m.

//
//
//
//
//
//
//

*McNair,* CR 14-00462-VC-1
STIP. CONT. ORD.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

 December 12, 2014                         /s/
_____    _____
DATED                                              VINCE CHHABRIA
                                                         United States District Judge

IT IS SO STIPULATED.

__12/12/14_____       _____/s_____
DATED                                              KIMBERLY HOPKINS
                                                         Assistant United States Attorney
                                                         MELINDA L. HAAG
                                                         United States Attorney
                                                         Northern District of California

__12/12/14_____       _____/s_____
DATED                                              STEVEN G. KALAR
                                                         Federal Public Defender
                                                         Northern District of California

*McNair,* CR 14-00462-VC-1
STIP. CONT. ORD.