IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DWAYNE McNAIR,<br><br>　　　　　Defendant. | No. CR 14-0462 VC<br><br>[~~PROPOSED~~] **STIPULATED ORDER ALLOWING ACCESS TO DNA EVIDENCE** |

　　　The San Francisco Police Department is ordered to provide DNA swab(s) taken from the firearm in this matter to Mr. Thomas Fedor, a defense DNA expert.

　　　Mr. Fedor shall be permitted to take and test these DNA samples in his own laboratory.

IT IS SO ORDERED.

 January 8, 2015            　　　　　　_____
DATED　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　United States District Judge

IT IS SO STIPULATED.

__1/7/2015_____　　　　_____/s_____
DATED　　　　　　　　　　　MELINDA L. HAAG
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　Northern District of California
　　　　　　　　　　　　　　　KIMBERLY HOPKINS
　　　　　　　　　　　　　　　Assistant United States Attorney

__1/7/2015_____　　　　_____/s_____
DATED　　　　　　　　　　　STEVEN G. KALAR
　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　Northern District of California

*McNair,* CR 14-0462 VC
STIP. CONT. ORD.