MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: (415) 436-6991
FAX: (415) 436-6748
Kimberly.hopkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DWAYNE E. MCNAIR,<br><br>Defendant. | Case No. CR 14-0462 VC<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER RESCHEDULING DATE OF MOTION TO SUPPRESS HEARING AND STATUS CONFERENCE FOR DEFENDANT DWAYNE E. MCNAIR FROM JUNE 16, 2015 TO JULY 21, 2015 AND EXCLUDING TIME |

**STIPULATION**

On May 26, 2015, the defendant filed a Motion of Reassignment, and an Order of Recusal was granted by the Honorable Vince Chhabria. (Dkt. 37 and 38). On May 27, 2015, the case was reassigned to the Honorable William Alsup. (Dkt. 39). The pending Motion to Suppress Hearing was rescheduled to June 16, 2015. Counsel for the Government is currently in trial before the Honorable Jeffrey S. White (*United States v. Melvin Landry Jr., et al.*) that is projected to last approximately two to three more weeks. Therefore, the parties hereby respectfully request that the Motion to Suppress Hearing and

Status Conference be continued from June 16, 2015 to July 21, 2015. The parties further request that time be excluded as the Motion to Suppress is still pending.

IT IS SO STIPULATED.

DATED: June 11, 2015

/S/
KIMBERLY HOPKINS
Assistant United States Attorney

DATED: June 11, 2015

/S/
STEVEN KALAR
Counsel for Defendant

**~~[PROPOSED]~~ ORDER**

For the reasons stated by the parties, the Court grants the parties' request to reschedule the Motion to Suppress Hearing and Status Conference from June 16, 2015 to July 21, 2015. The Court finds that the aforementioned request is supported by good cause and made with the consent of the defendant. The Court further finds that an exclusion of time is warranted as the Motion to Suppress is pending with the Court, and hereby excludes time between June 16, 2015 to July 21, 2015.

IT IS SO ORDERED.

Dated: June 15, 2015

HONORABLE WILLIAM ALSUP
United States District Court Judge