IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DWAYNE MCNAIR,<br><br>    Defendant.<br>———————————————————/ | No. CR 14-00462 WHA<br><br>**ORDER VACATING<br>EVIDENTIARY HEARING** |

    The parties have filed a stipulation to vacate the evidentiary hearing set for tomorrow. Good cause shown, the parties' request is **GRANTED**. Counsel shall still appear at Noon tomorrow to explain the situation and set a new date for the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: September 16, 2015.

                                                    WILLIAM ALSUP<br>                                                  UNITED STATES DISTRICT JUDGE