**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DWAYNE MCNAIR,

      Defendant.

                     /

No. CR 14-00462 WHA

**ORDER RE EVIDENTIARY
HEARING AND TRIAL DATE**

     As agreed to by the parties yesterday, the evidentiary hearing is hereby continued to

**OCTOBER 19, 2015, AT EIGHT A.M.**  A jury trial is hereby set for **JANUARY 4, 2016, AT 7:30**

**A.M.**  The pre-trial conference and other remaining dates will be set at the October 19 hearing.

     **IT IS SO ORDERED.**

Dated:  September 18, 2015.

                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE