IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DWAYNE McNAIR,<br><br>　　　　　　Defendant. | No. 3:14-CR-00462 WHA<br><br>**[PROPOSED] ORDER RE: PRETRIAL SCHEDULE AND DISCOVERY DISCLOSURE DATES** |

　　　　The Court sets the following disclosure and motion dates in the above-entitled case.

**Jury Trial**

1.　Trial will begin with jury selection on Monday, January 4, 2015 at 7:30 a.m.;

**Pretrial Motion to Suppress**

2.　The Court has presided over two days of evidentiary hearings relating to Mr. McNair's motion to suppress;

3.　The parties shall file post-hearing briefs on the motion to suppress on Wednesday, October 28, 2015;

4.　 The parties shall file any Oppositions to these post-hearing briefs by Tuesday, November 3, 2015;

5. A hearing on the defendant's motion to suppress shall be held on Tuesday, November 10, 2015 at 2:00 P.M;

**Disclosure Dates**

6. By Tuesday, November 9, 2015, the parties shall reciprocally disclose:

    a. An identification of any expert witnesses, along with their curriculum vitae and a meaningful summary of the witnesses's anticipated testimony;

    b. Identification of evidence sought to be admitted under Federal Rules of Evidence 404(b), 608, and 609, to the extent required by Federal Rules of Evidence;

    c. All materials required to be disclosed under Federal Rule of Criminal Procedure 16;

        i. The defense has represented in Court that it disclaims any alibi defense;

        ii. The defense has represented in Court that it disclaims any insanity defense;

**Pretrial Conference**

7. The Pretrial Conference shall be held on Monday, December 14, 2015 at 9:00 a.m.;

8. By December 2, 2015, the parties shall file any *in limine* motions. Filings to be made on December 2, 2015 shall include:

    a. Motions under Federal Rule of Evidence 702 regarding expert witnesses;

    b. Motions to exclude evidence offered under Federal Rules of

*McNair,* 3:14-CR-00462 WHA
ORD. PRETRIAL DATES

       Evidence 404(b), 608, or 609;

   c. Motions to exclude hearsay evidence, to the extent known by that date;

9. On December 7, 2015:

   a. The parties shall submit Pretrial Conference Statements;

   b. The parties shall submit proposed jury instructions;

   c. The parties may file motions in support of or contesting proposed jury instructions;

   d. The parties will submit proposed verdict forms;

   e. The parties will submit any stipulations.

   f. The parties shall disclose witness lists for their cases in chief;

   g. The parties shall disclose exhibit lists for their cases in chief;

   h. The government shall disclose *Brady / Giglio* evidence, including witness statements that fall within *Brady*;

10. On Wednesday, December 9, 2015:

   a. The parties shall cross-file Oppositions to the above *in limine* motions;

   b. The parties will not file reply briefs to these *in limine* motions.

*McNair,* 3:14-CR-00462 WHA
ORD. PRETRIAL DATES

11. By December 28, 2015 at 5:00 pm., the parties will disclose witness statements covered by the Jencks Act.

IT IS SO ORDERED.
Date:  October 26, 2015.

_____
WILLIAM ALSUP
United States District Court Judge

Northern District of California

*McNair,* 3:14-CR-00462 WHA
ORD. PRETRIAL DATES