IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DWAYNE McNAIR,<br><br>              Defendant. | No. 3:14-CR-00462 WHA<br><br>**[~~PROPOSED~~] ORDER RE:<br>PRETRIAL SCHEDULE AND<br>DISCOVERY DISCLOSURE DATES** |

The Court sets the following disclosure and motion dates in the above-entitled case.

### Jury Trial

1.  Trial will begin with jury selection on Monday, January 4, ~~2015~~ 2016 at 7:30 a.m.;

### Pretrial Motion to Suppress

2.  The Court has presided over two days of evidentiary hearings relating to Mr. McNair's motion to suppress;

3.  The parties shall file post-hearing briefs on the motion to suppress on Wednesday, October 28, 2015;

4.  The parties shall file any Oppositions to these post-hearing briefs by Tuesday, November 3, 2015;

5.   A hearing on the defendant's motion to suppress shall be held on Tuesday, November 10, 2015 at 2:00 P.M;

### Disclosure Dates

6.   By Tuesday, November 9, 2015, the parties shall reciprocally disclose:

   a.   An identification of any expert witnesses, along with their curriculum vitae and a meaningful summary of the witnesses's anticipated testimony;

   b.   Identification of evidence sought to be admitted under Federal Rules of Evidence 404(b), 608, and 609, to the extent required by Federal Rules of Evidence;

   c.   All materials required to be disclosed under Federal Rule of Criminal Procedure 16;

      i.   The defense has represented in Court that it disclaims any alibi defense;

      ii.   The defense has represented in Court that it disclaims any insanity defense;

### Pretrial Conference

7.   The Pretrial Conference shall be held on Monday, December 14, 2015 at 9:00 a.m.;

8.   By December 2, 2015, the parties shall file any *in limine* motions. Filings to be made on December 2, 2015 shall include:

   a.   Motions under Federal Rule of Evidence 702 regarding expert witnesses;

   b.   Motions to exclude evidence offered under Federal Rules of

Evidence 404(b), 608, or 609;

    c.     Motions to exclude hearsay evidence, to the extent known by that date;

9.    On December 7, 2015:

    a.     The parties shall submit Pretrial Conference Statements;

    b.     The parties shall submit proposed jury instructions;

    c.     The parties may file motions in support of or contesting proposed jury instructions;

    d.     The parties will submit proposed verdict forms;

    e.     The parties will submit any stipulations.

    f.     The parties shall disclose witness lists for their cases in chief;

    g.     The parties shall disclose exhibit lists for their cases in chief;

    h.     The government shall disclose *Brady / Giglio* evidence, including witness statements that fall within *Brady*;

10.    On Wednesday, December 9, 2015:

    a.     The parties shall cross-file Oppositions to the above *in limine* motions;

    b.     The parties will not file reply briefs to these *in limine* motions.

11.   By December 28, 2015 at 5:00 pm., the parties will disclose witness statements

covered by the Jencks Act.


        IT IS SO ORDERED.
        Date:  October 26, 2015.

                                          _____
                                          WILLIAM ALSUP
                                          United States District Court Judge


                                          Northern District of California

*McNair*, 3:14-CR-00462 WHA
ORD. PRETRIAL DATES