IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE MCNAIR,<br><br>Defendant.<br>_____ / | No. CR 14-0462 WHA<br><br>**REQUEST FOR SUPPLEMENTAL MEMORANDUM** |

By **FOUR P.M. TOMORROW**, in three pages or less, both sides are requested submit a supplemental memorandum stating the extent to which our court of appeals' decision in *United States v. Garcia*, 516 F.2d 318 (9th Cir. 1975), and subsequent decisions citing it, affect the analysis in our case.

Dated: November 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE