IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0462 WHA |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION** |
| DWAYNE MCNAIR, | |
| Defendant. | |

The parties have filed a stipulated request to withdraw the pending motion to suppress and convert the motion hearing currently set for November 10 to a change of plea hearing. While the Court will entertain a guilty plea at the November 10 hearing, the motion to suppress will not be withdrawn until defendant Dwayne McNair has actually pled guilty. In the meantime, the parties are still requested to respond to the order issued this morning by **FOUR P.M. TOMORROW** (Dkt. No. 93).

**IT IS SO ORDERED.**

Dated: November 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE